Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-274-983

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 10, 2021

---

## Title

| | |
|---|---|
| **Title of Work:** | LOLLIPOP |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2017 |
| **Date of 1st Publication:** | July 26, 2017 |
| **Nation of 1st Publication:** | Nigeria |

## Author

| | |
|---|---|
| **Author:** | Princess Karibo |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | Nigeria |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Princess Karibo<br>No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Law Offices of John R. Mugno |
| **Name:** | John Robert Mugno |
| **Email:** | johnmugno@aol.com |
| **Telephone:** | (212)925-3474 |
| **Address:** | 233 Broadway - Suite 2348<br>New York, NY 10279 United States |

## Certification

| | |
|---|---|
| **Name:** | John R. Mugno |

Title of Work: Lollipop
Year of Completion: 2017
Date of 1st Publication: July 26, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-274-979**
Effective Date of Registration:
October 19, 2021
Registration Decision Date:
November 10, 2021

## Title
Title of Work: WINK

## Completion/Publication
Year of Completion: 2018
Date of 1st Publication: January 27, 2018
Nation of 1st Publication: Nigeria

## Author
- Author: Princess Karibo
  Author Created: 2-D artwork
  Citizen of: Nigeria

## Copyright Claimant
Copyright Claimant: Princess Karibo
No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions
Organization Name: Law Offices of John R. Mugno
Name: John Robert Mugno
Email: johnmugno@aol.com
Telephone: (212)925-3474
Address: 233 Broadway - Suite 2348
New York, NY 10279 United States

## Certification
Name: John R. Mugno

Title of Work: Wink
Year of Completion: 2018
Date of 1st Publication: January 27, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-274-989**
Effective Date of Registration:
October 19, 2021
Registration Decision Date:
November 10, 2021

## Title

    Title of Work: MUSIC

## Completion/Publication

    Year of Completion: 2018
    Date of 1st Publication: August 23, 2018
    Nation of 1st Publication: Nigeria

## Author

    • Author: Princess Karibo
    Author Created: 2-D artwork
    Citizen of: Nigeria

## Copyright Claimant

    Copyright Claimant: Princess Karibo
    No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

    Organization Name: Law Offices of John R. Mugno
    Name: John Robert Mugno
    Email: johnmugno@aol.com
    Telephone: (212)925-3474
    Address: 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

    Name: John R. Mugno

Title of Work: Music
Year of Completion: 2018
Date of 1st Publication: August 23, 2018



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**

## VA 2-274-670

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

---

## Title

    **Title of Work:** FOREST LEAVE

## Completion/Publication

    **Year of Completion:** 2017
    **Date of 1st Publication:** September 12, 2017
    **Nation of 1st Publication:** Nigeria

## Author

-     **Author:** Princess Karibo
    **Author Created:** 2-D artwork
    **Citizen of:** Nigeria

## Copyright Claimant

    **Copyright Claimant:** Princess Karibo
    No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions

    **Organization Name:** Law Offices of John R. Mugno
    **Name:** John Robert Mugno
    **Email:** johnmugno@aol.com
    **Telephone:** (212)925-3474
    **Address:** 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification

    **Name:** John R. Mugno

Title of Work: Forest Leave
Year of Completion: 2017
Date of 1st Publication: September 12, 2017



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-274-677

**Effective Date of Registration:**
October 19, 2021
**Registration Decision Date:**
November 08, 2021

## Title
    **Title of Work:** ELECTRIC

## Completion/Publication
    **Year of Completion:** 2017
    **Date of 1st Publication:** August 08, 2017
    **Nation of 1st Publication:** Nigeria

## Author
    • **Author:** Princess Karibo
    **Author Created:** 2-D artwork
    **Citizen of:** Nigeria

## Copyright Claimant
    **Copyright Claimant:** Princess Karibo
    No. 9 Okunfolami, Anthony Village, Lagos, 100232, Nigeria

## Rights and Permissions
    **Organization Name:** Law Offices of John R. Mugno
    **Name:** John Robert Mugno
    **Email:** johnmugno@aol.com
    **Telephone:** (212)925-3474
    **Address:** 233 Broadway - Suite 2348
    New York, NY 10279 United States

## Certification
    **Name:** John R. Mugno

Title of Work: Electric
Year of Completion: 2017
Date of 1st Publication: August 08, 2017

